**LAW OFFICE OF MONICA L. BERMUDEZ**
Monica L. Bermudez SBN275494
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: mbermudez@lawtorres.com

Attorney for:
GREGORIO FIGUEROA-ALVAREZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORIO FIGUEROA-ALVAREZ,<br><br>    Defendant | ) Case No.: 1:11-CR-00169-AWI<br>)<br>) **STIPULATION AND ORDER TO**<br>) **VACATE STATUS HEARING AND SET**<br>) **MATTER FOR A CHANGE OF PLEA**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY W. ISHII AND CHRISTOPHER BAKER, ASSISTANT UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, GREGORIO FIGUEROA-ALVAREZ, by and through his

attorney of record, MONICA L. BERMUDEZ hereby requesting that the status conference

hearing currently set for Monday, February 23, 2015 be vacated and a change of plea be set

before the Honorable Judge Ishii.

   My client is prepared to enter a plea in this matter. I have spoken to AUSA Christopher

Baker and he has no objection.

//

//

1

**IT IS SO STIPULATED.**

                                                          Respectfully Submitted,

DATED: 2/19/15                                         */s/ Monica L. Bermudez*
                                                             MONICA L. BERMUDEZ
                                                              Attorney for Defendant
                                                              GREGORIO FIGUEROA

DATED: 2/19/15                                         */s/Christopher Baker*
                                                               CHRISTOPHER BAKER
                                                              Assistant U.S. Attorney

## ORDER

      The status conference set February 23, 2015, before Magistrate Judge Stanley A. Boone is vacated and a change of plea hearing is set before Senior District Judge Anthony W. Ishii on February 23, 2015, at 10:00 a.m..

IT IS SO ORDERED.

Dated:  February 19, 2015                                    _____
                                                                SENIOR DISTRICT JUDGE